# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Eddie Levord Taylor,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:17cv572 |
| | ) | |
| vs. | ) | |
| | ) | |
| **Katherine L. Herdy, et al,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 29, 2017 Order.

September 29, 2017

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court